**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                                                                          Case No. **10-15146**

**Solomont, David**                                                                             Chapter **7**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **May 17, 2010**        Signature: _____
                                        David Solomont                                                                 Debtor

Date: _____          Signature: _____
                                                                                                        Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

America Honda Finance
600 Kelly Way
Holyoke, MA  01040


American Express
POB 981537
El Paso, TX  79998


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC  27410


Bank Of America
4060 Ogletown/Stanton Rd.
Newark, DE  19713


Barbara Healy Smith, Esquire, AUSA
US Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA  02210


Bloomingdales
9111 Duke Blvd
Mason, OH  45040


Capital One Bank
PO Box 30281
Salt Lake City, UT  84130


Chestnut Hill Equity Partners
C/O Thomas Dillon, Esquire
233 Main Street
Lancaster, MA  01523

```
Citibank
POB 183052
Columbus, OH  43218


Commerce Bank
386 Main Street
Worcester, MA  01615


Daniel Mcglaughlin
C/O William Delaney, Esquire
10 Weybosset St.
Providence, RI  02903


Daniel Yee, Revenue Office
IRS
1250 Hancock St., Ste. 503
Quincy, MA  02169


Department of Taxation and Finance
Office Of Counsel
Building 9, W.A. Harriman Campus
Albany, NY  12227


Dory & Ellen Jones
50 Willow Road
Lawrenceville, NJ  08648


Eric Zachs
40 Woodland Street
Hartford, CT  06105


Frank Selldorf
10 Post Office Square, Ste. 551 North
Boston, MA  02109
```

```
Hingham Institution For Savings
55 Main Street
Hingham, MA   02043


Hsbc Bank USA
C/O Hamilton Equity
POB 280
Bufallo, NY   14201


IRS
P.O. Box 21126
Philadelphia, PA   19114


Jens G. Nillsson
C/O Robert A. Stoltzberg, Esquire
233 Lewis Wharf
Boston, MA   02110


Joseph Missaghi
C/O Michael Norris, Esquire
171 Locke Drive
Marlborough, MA   01752


Lloyd Kusch
C/O Steven Demeter
30 Raven Lane
Gloucester, MA   01930


Mark Ostroff
485 Nantasket Ave.
Hull, MA   02045


Massachusetts Dept Of Revenue
POB 9564
Boston, MA   02204
```

```
Massachusetts Dept Of Revenue
Bankruptcy Unit
POB 9564
Boston, MA  02204


Murray Hidary
45 W. 25th Street, 11th Fl.
New York, NY  10010


Nissan Motors
2901 Kinwest Pkwy
Irving, TX  75063


Paul's Landscaping
634 Main Street
Wilmington, MA  01887


Richard Gelb, Esquire
20 Custom House Street
Boston, MA  02110


Scott Benson
18 Morse Lane
Hopkinton, MA  01748


Steven Demeter
30 Raven Lane
Gloucester, MA  01930
```