UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| David Solomont ) | Case No. 10-15146-JNF |
| ) | |
| Debtor ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO DEBTOR

Now comes Neil D. Warrenbrand and moves the Court for an Order granting leave to withdraw my appearance as counsel to David Solomont, Chapter 7 Debtor ("Debtor"). As grounds hereof, it is stated that there has been a breakdown in communication between the Debtor and me such that I am no longer able to render effective legal advice to the Debtor, and I cannot file the Debtor's bankruptcy schedules or other paperwork which are already prepared and which are required to be filed with the Court.

WHEREFORE, Neil D. Warrenbrand respectfully requests that the Court enter an Order granting him leave to withdraw as counsel to the Debtor, and granting such other relief as is just and proper.

                                          Respectfully submitted,

                                          /s/ Neil D. Warrenbrand
                                          Neil D. Warrenbrand, BBO# 556938
                                          Law Offices of Neil D. Warrenbrand
                                          One McKinley Square
                                          Boston, MA 02109
                                          Tel.: (617) 720-2286
                                          Fax: (617) 723-1710
                                          Email: neil@warrenbrandlaw.com

Dated: June 1, 2010

## AMENDED CERTIFICATE OF SERVICE

I, Neil D. Warrenbrand, Esquire, hereby certify that on June 1, 2010, I served the foregoing Motion by electronic transmission (CM/ECF System) and/or first-class mail, postage prepaid as follows:

United States Trustee

Joseph Braunstein, Esquire
(Chapter 7 Trustee)

Adrienne Kotowski Walker, Esquire

David Solomont
60 Heath Hill
Brookline, MA 02445

American Express Travel Related Services Co. Inc. Corp. Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Hamilton Equity Group, LLC
Laurie S. Faulkerson
P.O. Box 280
Buffalo, NY 14201-0280

/s/ Neil D. Warrenbrand
Neil D. Warrenbrand, BBO# 556938
Law Offices of Neil D. Warrenbrand
One McKinley Square
Boston, MA 02109
Tel.: (617) 720-2286
Fax: (617) 723-1710
Email: neil@warrenbrandlaw.com